U.S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 2 2 2020

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | 18 U.S.C. §§ 922(g)(1), 924(a)(2) |
| | * | 18 U.S.C. §§ 922(o), 924(a)(2) |
| VERSUS | * | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D); |
| | * | 18 U.S.C. §§ 924(c)(1)(A)(i) |
| | * | 18 U.S.C. § 924(d) |
| | * | 28 U.S.C. § 2461(c) |
| DARIUS KALEEI NELSON | * | |

2:20-CR-00018-01
Judge Cain
Magistrate Judge Kay

**INDICTMENT**

THE GRAND JURY CHARGES:

## COUNT 1

**POSSESSION OF A FIREARM BY A PROHIBITED PERSON**
**[18 U.S.C. §§ 922(g)(1), 924(a)(2)]**

On or about the 30th day of November, 2018, within the Western District of Louisiana, the defendant, DARIUS KALEEI NELSON, knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce firearm, to wit: one Glock Model 17, 9 millimeter caliber semi-automatic pistol, bearing serial number DFR967, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) [18 U.S.C. §§ 922(g)(1) and 924(a)(2)].

## COUNT 2

### ILLEGAL POSSESSION OF MACHINEGUN
### [18 U.S.C. §§ 922(o), 924(a)(2)]

On or about the 30th day of November, 2018, within the Western District of Louisiana, the defendant, DARIUS KALEEI NELSON, did knowingly possess a machinegun, to wit: one Glock Model 17, 9 millimeter caliber semi-automatic pistol, bearing serial number DFR967, capable of firing automatically more than one shot by a single pull of the trigger, all in violation of Title 18 United States Code, Sections 922(o) and 924(a)(2) [18 U.S.C. §§ 922(o) and 924(a)(2)].

## COUNT 3

### POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA
### [21 U.S.C. §§ 841(a)(1), 841(b)(1)(D)]

On or about the 30th day of November, 2018, within the Western District of Louisiana, the defendant, DARIUS KALEEI NELSON, knowingly and intentionally possessed marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) [21 U.S.C. §§ 841(a)(1), 841(b)(1)(D)].

## COUNT 4

### POSSESSION OF FIREARMS IN FURTHERANCE OF A DRUG TRAFFICKING CRIME
### [18 U.S.C. § 924(c)(1)(A)(i)]

On or about the 30th day of November, 2018, within the Western District of Louisiana, the defendant, DARIUS KALEEI NELSON, did knowingly possess a firearm in furtherance of a drug trafficking crime, for which he may be prosecuted in

a court of the United States, that is, possession with intent to distribute controlled substances, all in violation of Title 18, United States Code, Sections 924(c)(1)(A) [18 U.S.C. § 924(c)(1)(A)(i)].

## FORFEITURE ALLEGATION
## 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

1. The allegations contained in Counts 1, 2 and 4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses charged in Counts 1, 2 and 3 of this Indictment, the defendant, DARIUS KALEEI NELSON, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

    a. one Glock Model 17, 9 millimeter caliber semi-automatic pistol, bearing serial number DFR967;
    b. 22 rounds of 9 millimeter caliber ammunition;
    c. one Glock-type auto-sear conversion device.

A TRUE BILL:

**REDACTED**

GRAND JURY FOREPERSON

DAVID C. JOSEPH
United States Attorney

*/s/*

DAVID J. AYO, La. Bar No. 28868
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618